UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BLACK,<br><br>    Plaintiff,<br><br>  v.<br><br>ATLAS FIELD SERVICES, LLC, and CRAIG TAYLOR,<br><br>    Defendants. | No. C 23-00171 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, final judgment is hereby entered in favor of defendants Atlas Field Services, LLC and Craig Taylor, and against plaintiff Barry Black. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 21, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE